**HYDEE FELDSTEIN SOTO**, City Attorney
**SCOTT MARCUS**, Senior Assistant City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**EMILY S. COHEN**, Deputy City Attorney (SBN 285709)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-8722
Fax No.: (213) 978-8785
Email: emily.s.cohen@lacity.org

*Attorneys for Defendant*, **CITY OF LOS ANGELES**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETHANY FARBER, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity; and DOES 1 through 100, inclusive,<br><br>        Defendants. | **CASE NO. CV22-01173-ODW-KS**<br>*Hon. Otis D. Wright II, Ctrm. 5D, 5th Fl.*<br>*Mag. Karen L. Stevenson, Ctrm. 580, 5th Fl.*<br><br>**DECLARATION OF EMILY S. COHEN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; DECLARATION OF KIM BAXTER; DECLARATION OF MARLON MOORE; EXHIBITS**<br><br>[Filed concurrently with Defendants' Motion for Summary Judgment, or in the Alternative, Motion for Partial Summary Judgment, Statement of Uncontroverted Facts and Conclusions of Law, Request for Judicial Notice; [Proposed] Order<br><br>Hearing Date: January 23, 2023<br>Time:        1:30 p.m.<br>Ctrm:        5D<br>Trial:       April 11, 2023 |

## DECLARATION OF EMILY S. COHEN

I, Emily S. Cohen, state and declare as follows:

1.    I am a Deputy City Attorney with the Los Angeles City Attorney's Office. I am assigned with the responsibility of representing Defendant City of Los

1

1  Angeles in the matter of *Bethany Farber v. City of Los Angeles*, 2:22-CV-01173

2  ODW (KSx). I am admitted to practice before the United States District Court-

3  Central District of California. I make this declaration upon my own personal

4  knowledge, except upon those matters stated upon information and belief.

5      2.    Attached hereto and marked as Exhibit "A" is a copy of the Complaint

6  for damages in this case.

7      3.    Attached hereto and marked as Exhibit "**1**" are true and correct excerpts

8  of the deposition of LAPD Officer Artur Avetyan.

9      4.    Attached hereto and marked as Exhibit "**2**" are true and correct excerpts

10  of the deposition of Bethany Farber.

11      5.    Attached hereto and marked as Exhibit "**3**" is a true and correct copy of

12  Plaintiff's driver's license, which produced by Plaintiff in discovery.

13      6.    Attached hereto and marked as Exhibit "**4**" is a true and correct copy of

14  Plaintiff's DMV printout.

15      7.    Attached hereto and marked as Exhibit "**5**" is a true and correct copy of

16  the California Law Enforcement Telecommunications System ("CLETS") warrant for

17  Bethany Farber from April 16, 2021.

18      8.    Attached hereto and marked as Exhibit "**6"** is a true and correct copy of

19  the Grand Jury Indictment for "Bethany Farber" from the State of Texas.

20      9.    Attached hereto and marked as Exhibit "**7**" is a true and correct copy of

21  the teletype warrant for "Bethany Farber" from April 16, 2021.

22      10.   Attached hereto and marked as Exhibit "**8**" are true and correct copies of

23  the request seeking whether Texas wanted to extradite Bethany Farber and the

24  confirmation, received by LAPD on April 16, 2021.

25      11.   Attached hereto and marked as Exhibit "**9**" is a true and correct copy of

26  the Los Angeles County Booking and Property Record for Bethany Farber on April

27  16, 2021.

28  / / /

12.   Attached hereto and marked as Exhibit "**10**" is a true and correct copy of Plaintiff's fingerprint card from April 16, 2021.

13.   Attached hereto and marked as Exhibit "**11**" is a true and correct copy of the Plaintiff's booking photograph from April 16, 2021.

14.   Attached hereto and marked as Exhibit "**12**" is a true and correct copy of e-mails received by the rendition@lapd.online email address from Randy Jones, Jr. of the Gainsville Police Department.

15.   Attached hereto and marked as Exhibit "**13**" is a true and correct copy of the police report and photographs contained in the April 22, 2021 e-mail between rendition@lapd.online and Randy Jones, Jr. of the Gainsville Police Department.

16.   Attached hereto and marked as Exhibit "**14**" is a true and correct copy of the Felony Complaint in case BA494902 charging Bethany Faber with a violation of California Penal Code Section 1551.1.

17.   Attached hereto and marked as Exhibit "**15**" is a true and correct copy of the minute order for case BA494902.

18.   Attached hereto and marked as Exhibit "**16**" is a true and correct copy of the Reporter's Transcript from the hearing held on April 20, 2021.

19.   Attached hereto and marked as Exhibit "**17**" is a true and correct copy of the facsimile received by the Los Angeles Police Department on April 27, 2021, from the Cooke County District Attorney's Office.

20.   Attached hereto and marked as Exhibit "**18**" is a true and correct copy of Volume 4, Section 216.01 of the LAPD manual, which has been provided to Plaintiff's counsel in discovery, and was in effect in April of 2021.

21.   Attached hereto and marked as Exhibit "**19**" is a true and correct copy of Volume 4, Section 606.07 of the LAPD manual, which has been provided to Plaintiff's counsel in discovery, and was in effect in April of 2021.

22.   Attached hereto and marked as Exhibit "**20**" is a true and correct copy of Volume 4, Section 725.48 of the LAPD manual, which has been provided to

1 | Plaintiff's counsel in discovery, and was in effect in April of 2021

2 |      23.  Attached hereto and marked as Exhibit "**21**" is a true and correct copy of

3 | Volume 4, Section 202.80 of the LAPD manual, which has been provided to

4 | Plaintiff's counsel in discovery, and was in effect in April of 2021

5 |      24.  A telephonic meet and confer occurred between Plaintiff's counsel,

6 | Mark Lim, and myself on December 12, 2022 to narrow the issues for the court's

7 | review. Mr. Lim agreed to dismiss the 8th Amendment violation and a stipulation was

8 | filed December 16, 2022 (Doc. No. 34)

9 |      I declare, under penalty of perjury, pursuant to the laws of the United States

10 | of America, and the State of California that the foregoing is true and correct.

11 |      Executed on December 19, 2022, at Los Angeles, California.

 

 

 

_/s/ Emily Cohen_
EMILY S. COHEN, Declarant