**CERTIFIED COPY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
BETHANY FARBER,                      )
                                     )
            Plaintiff,               )
                                     ) Case No.:
       vs.                           ) 2:22-CV-1173
                                     ) -ODW(KSx)
CITY OF LOS ANGELES, and DOES 1 to   )
100, inclusive,,                     )
                                     )
            Defendants.              )
_____ )
```

DEPOSITION OF OFFICER ARTUR AVETYAN

November 29, 2022

ANNABELL ANDERSON, CSR No. 14143
488942





barkley.com

| | | | |
|---|---|---|---|
| (310) 207-8000 Los Angeles | (415) 433-5777 San Francisco | (949) 955-0400 Irvine | (858) 455-5444 San Diego |
| (310) 207-8000 Century City | (408) 885-0550 San Jose | (760) 322-2240 Palm Springs | (800) 222-1231 Carlsbad |
| (916) 922-5777 Sacramento | (800) 222-1231 Martinez | (702) 366-0500 Las Vegas | (800) 222-1231 Monterey |
| (951) 686-0606 Riverside | (818) 702-0202 Woodland Hills | (702) 366-0500 Henderson | (516) 277-9494 Garden City |
| (212) 808-8500 New York City | (347) 821-4611 Brooklyn | (518) 490-1910 Albany | (914) 510-9110 White Plains |
| (312) 379-5566 Chicago | 00+1+800 222 1231 Paris | 00+1+800 222 1231 Dubai | 001+1+800 222 1231 Hong Kong |

**EXHIBIT 1 - P. 5**

```
 1                  UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
 3
 4  BETHANY FARBER,                        )
                                           )
 5                  Plaintiff,             )
                                           ) Case No.:
 6        vs.                              ) 2:22-CV-1173
                                           ) -ODW(KSx)
 7  CITY OF LOS ANGELES, and DOES 1 to     )
    100, inclusive,,                       )
 8                                         )
                    Defendants.            )
 9  _____)
10
11                   REMOTE DEPOSITION OF
12                  OFFICER ARTUR AVETYAN
13                        California
14              Tuesday, November 29, 2022
15
16
17
18
19  REPORTED BY:   ANNABELL ANDERSON
                   Certified Shorthand Reporter
20                 License No. 14143
21
22  Job No: 488942
23
24
25
```

1

ARTUR AVETYAN

EXHIBIT 1 - P. 6

BARKLEY Court Reporters

```
 1                   INDEX OF APPEARANCES

 2


 3   FOR THE PLAINTIFF:

 4        SHEGERIAN & ASSOCIATES, INC
          BY:  LEO LIVSHITS, Attorney at Law
 5        11520 San Vicente Boulevard
          Los Angeles, California  90049
 6        (310) 860-0770
          llivshits@shegerianlaw.com
 7        (Appeared via Videoconference)


 8


 9   FOR THE DEFENDANTS AND THE DEPONENT:

10        CITY OF LOS ANGELES
          BY:  EMILY COHEN, Attorney at Law
11        200 North Main Street, 6th Floor
          Los Angeles, California  90012
12        (213) 645-9926
          emily.s.cohen@lacity.org
13        (Appeared via Videoconference)


14


15   FOR THE LOS ANGELES AIRPORT POLICE:

16        VANDERFORD & RUIZ, LLP
          BY:  RODOLFO F. RUIZ, Attorney at Law
17        77 North Mentor Avenue
          Pasadena, California  91106
18        (626) 405-8800
          rruiz@yrlawyers.com
19        (Appeared via Videoconference)

20

21

22

23

24

25

                          2

                    ARTUR AVETYAN
```

BARKLEY Court Reporters

**EXHIBIT 1 - P. 7**

```
 1                           INDEX

 2                                                          PAGE

 3   EXAMINATION BY MR. LIVSHITS                              4

 4   EXAMINATION BY MS. COHEN                                38

 5
                            --oOo--
 6

 7                          EXHIBITS

 8   PLAINTIFF'S
     EXHIBIT                                                PAGE
 9
     51          Document Bates-stamped LAXPD                19
10               00007, 1 page.

11   53          Documents entitled "Incident                31
                 details report," 2 pages.
12
     52          Document Bates-stamped LAXPD                34
13               00008, 1 page.

14   30          Documents entitled "Arrest                  36
                 report," 5 pages.
15

16                          --oOo--

17

18

19

20

21

22

23

24

25


                              3

                       ARTUR AVETYAN
```

EXHIBIT 1 - P. 8

BARKLEY Court Reporters

```
 1              BE IT REMEMBERED that, pursuant to Notice, and
 2    on Tuesday, the 29th day of November, 2022, commencing at
 3    the hour of 12:11 p.m. thereof, in a remote deposition,
 4    before me, ANNABELL ANDERSON, a Certified Shorthand
 5    Reporter in the State of California, appeared via
 6    videoconference:
 7
 8                    OFFICER ARTUR AVETYAN,
 9
10     called as a witness herein, who, being by me first duly
11     sworn, was thereupon examined and interrogated as
12     hereinafter set forth.
13                          --oOo--
14                EXAMINATION BY MR. LIVSHITS
15     Q.     Good afternoon, Officer Avetyan.  My name is Leo
16    Livshits and I represent the plaintiff in this case.
17    Could you please state and spell your complete first and
18    last name for the record?
19     A.     Sure.  That's Artur, A-r-t-u-r.  Last is
20    Avetyan, A-v-e-t-y-a-n.
21     Q.     Have you ever gone by any other names?
22     A.     No.
23     Q.     Are you currently employed as a police officer?
24     A.     Yes, I am.
25     Q.     What agency do you work for?
```

                                4

1   A.      Yes, I do.

2   Q.      All right. And there is a reference there to

3 contacting Officer Moorer. Did you yourself have any

4 communications with Ms. Moorer at any -- Mr. Moorer at

5 any point on April 16, 2021?

6   A.      Not that I recall.

7   Q.      And I assume you don't know the basis for

8 Officer Moorer's decision to give approval to book

9 Ms. Farber. Correct?

10   A.      That's correct.

11   Q.      I have nothing further. Thank you for your

12 time.

13   A.      Thank you.

14        MS. COHEN: Just very quickly, Officer. I just

15 have a couple questions for you.

16        THE WITNESS: Sure.

17           EXAMINATION BY MS. COHEN

18   Q.      So on April 16, 2021, Bethany Farber was

19 arrested by LAXPD, and that would be you and

20 Officer Aminian, correct?

21   A.      Correct.

22   Q.      And that was after you were notified by Customs

23 and Border Patrol Agent Arias that plaintiff had an

24 out-of-state warrant from the State of Texas, correct?

25   A.      Correct.

```
 1              DEPOSITION OFFICER'S CERTIFICATE
 2
 3
 4
 5
 6        I, Annabell Anderson, hereby certify:
 7        I am a duly qualified Certified Shorthand
 8   Reporter in the State of California, holder of
 9   Certificate Number CSR 14143 issued by the Certified Court
10   Reporters' Board of California and which is in full
11   force and effect.  (Fed. R. Civ. P. 28(a)(1)).
12        I am authorized to administer oaths or
13   affirmations pursuant to California Code of Civil
14   Procedure, Section 2093(b) and prior to being examined,
15   the witness was first duly sworn by me.  (Fed. R. Civ.
16   P. 28(a)(a)).
17        I am not a relative or employee or attorney or
18   counsel of any of the parties, nor am I a relative or
19   employee of such attorney or counsel, nor am I
20   financially interested in this action.  (Fed. R. Civ. P.
21   28).
22        I am the deposition officer that
23   stenographically recorded the testimony in the foregoing
24   deposition and the foregoing transcript is a true record
25                          / / /
```

```
 1   of the testimony given by the witness.  (Fed. R. Civ. P.
 2   30(f)(1)).
 3           Before completion of the deposition, review of
 4   the transcript [  ] was [xx] was not requested.  If
 5   requested, any changes made by the deponent (and
 6   provided to the reporter) during the period allowed, are
 7   appended hereto.  (Fed. R. Civ. P. 30(e)).
 8
 9   Dated: December 6, 2022
10
11                         _____
```

41

ARTUR AVETYAN  **EXHIBIT 1 - P. 12**

BARKLEY Court Reporters