UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BETHANY FARBER, an individual,         )
                                        )
            Plaintiff,                  )
                                        )
    vs.                                 ) NO. CV22-01173-ODW-KS
                                        )
CITY OF LOS ANGELES, a municipal        )
entity; and DOES 1 through 100,         )
inclusive,                              )
                                        )
            Defendants.                 )
_____)

**CERTIFIED COPY**

VIDEOTAPED REMOTE DEPOSITION OF BETHANY FARBER

Brentwood, California

Tuesday, October 25, 2022

Reported by:

Marcena M. Munguia,
CSR No. 10420

Job No.:
39013CAT(A)(V)

**EXHIBIT 2 - P. 13**

```
 1                 UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4

 5   BETHANY FARBER, an individual,    )
                                       )
 6                  Plaintiff,         )
                                       )
 7       vs.                           ) NO. CV22-01173-ODW-KS
                                       )
 8   CITY OF LOS ANGELES, a municipal  )
     entity; and DOES 1 through 100,   )
 9   inclusive,                        )
                                       )
10                  Defendants.        )
     _____)
11

12

13

14

15         VIDEOTAPED DEPOSITION OF BETHANY FARBER,

16       taken on behalf of the Defendant City of

17       Los Angeles via Zoom videoconference, commencing

18       at 9:01 a.m. on Tuesday, October 25, 2022,

19       reported by Marcena M. Munguia, CSR No. 10420,

20       a Certified Shorthand Reporter in and for the

21       State of California, pursuant to Notice.

22

23

24

25
```

```
 1   APPEARANCES:

 2        For the PLAINTIFF:          SHEGERIAN AND ASSOCIATES,
                                      INC.
 3                                    BY:  MARK LIM
                                      145 North Spring Street
 4                                    Suite 400
                                      Los Angeles, California
 5                                                         90012

 6
          For the DEFENDANT           EMILY S. COHEN
 7        CITY OF LOS ANGELES:        DEPUTY CITY ATTORNEY
                                      OFFICE OF THE CITY ATTORNEY
 8                                    200 North Main Street
                                      6th Floor, City Hall East
 9                                    Los Angeles, California
                                                           90012
10

11        The VIDEOGRAPHER:           CHRISTOPHER CHAIN

12
          Also Present:               Sonia Garcia
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                        I N D E X

EXAMINATION BY:                                     PAGE

  Ms. Cohen                                            5




                        E X H I B I T S

                                                    PAGE
 1 - Photograph, BF000001                            117
 2 - Photograph, BF000002                            118
 3 - Photograph, BF000003                            118
 4 - Handwritten document, BF001725                  120
 5 - Quest Diagnostics document, BF001673            125
 6 - Musto Medical BHRT Treatment Plan, BF001672     126
 7 - Aesthetic Treatment Plan, BF001660              130
 8 - Musto Progress note, 4/18/22, BF001659          132
 9 - 2019 Qualified Business Income Deduction        134
       Simplified Computation, BF001764

10 - 2020 Qualified Business Income Deduction        136
       Simplified Computation, BF001764

11 - Accounting for Bethany, BF001727                136
```

```
 1        Brentwood, California, Tuesday, October 25, 2022       09:00:03
 2                          9:01 a.m.                             09:00:03
 3                                                                09:00:03
 4                                                                09:01:23
 5        THE VIDEOGRAPHER:  Good morning.  Here begins our       09:01:23
 6   remote deposition of Bethany Farber in the matter of         09:01:25
 7   Bethany Farber versus the City of Los Angeles.  This case    09:01:29
 8   is in the United States District Court, the Central          09:01:33
 9   District of California.  The case number is                  09:01:37
10   CV22-01173-ODW-KS.                                           09:01:39
11           Today's date is October 25th, 2022, and the time     09:01:49
12   is 9:01 a.m.                                                 09:01:53
13           This is a remote deposition through Zoom             09:01:56
14   videoconferencing.  The videographer today is                09:01:59
15   Christopher Chain, appearing for Kennedy Court Reporters.    09:02:02
16           Will all counsel please identify yourselves for      09:02:05
17   the record.                                                  09:02:07
18      MS. COHEN:  Yes.  Emily Cohen, representing City of       09:02:08
19   Los Angeles.                                                 09:02:10
20      MR. LIM:  Mark Lim from Shegerian and Associates on       09:02:12
21   behalf of the Plaintiff.                                     09:02:15
22      THE VIDEOGRAPHER:  Thank you.                             09:02:20
23           Our reporter today is Marcena Munguia.               09:02:21
24           Will the reporter please swear in Ms. Farber.        09:02:24
25   ///                                                          09:02:41
```

|    |                                                                  |          |
|----|------------------------------------------------------------------|----------|
| 1  | BETHANY FARBER,                                                  | 09:02:41 |
| 2  | called as a Witness, and having been first duly sworn by         | 09:02:41 |
| 3  | the Certified Shorthand Reporter, was examined and               | 09:02:41 |
| 4  | testified as follows:                                            | 09:02:41 |
| 5  | THE WITNESS: Yes.                                                | 09:02:41 |
| 6  | MS. COHEN: Then I'm going to proceed unless there's              | 09:02:49 |
| 7  | anything else. Okay.                                             | 09:02:51 |
| 8  |                                                                  | 09:02:55 |
| 9  | EXAMINATION                                                      | 09:02:55 |
| 10 | BY MS. COHEN:                                                    | 09:02:55 |
| 11 | Q  All right. Good morning, Ms. Farber. Thank you                | 09:02:55 |
| 12 | for being here today.                                            | 09:02:58 |
| 13 | A  Thank you.                                                    | 09:03:00 |
| 14 | Q  Right now, what city are you located in that you              | 09:03:02 |
| 15 | are appearing from?                                              | 09:03:06 |
| 16 | A  I am in Brentwood.                                            | 09:03:08 |
| 17 | Q  Brentwood?                                                    | 09:03:10 |
| 18 | A  Uh-huh.                                                       | 09:03:11 |
| 19 | Q  Okay. And so I'm just going to read you a few                 | 09:03:12 |
| 20 | admonitions to start off with.                                   | 09:03:14 |
| 21 | The court reporter is going to take down                         | 09:03:17 |
| 22 | everything we say today. It's going to be prepared and           | 09:03:18 |
| 23 | put in a transcript. It's important that we don't talk           | 09:03:22 |
| 24 | over each other and that you wait for me to finish my            | 09:03:24 |
| 25 | question, we wait for your attorney to make his objection        | 09:03:29 |

| | | |
|---|---|---|
| 1 | if there is any, and then of course I will wait for you | 09:03:32 |
| 2 | to finish your answer.  We want to avoid overlap.  Do you | 09:03:34 |
| 3 | understand? | 09:03:39 |
| 4 |     A   Yes. | 09:03:40 |
| 5 |     Q   And can you spell your first and last name. | 09:03:41 |
| 6 |     A   B-e-t-h-a-n-y F-a-r-b-e-r. | 09:03:45 |
| 7 |     Q   And have you ever used any other name? | 09:03:53 |
| 8 |     A   No. | 09:03:56 |
| 9 |     Q   Have you had your deposition taken before? | 09:03:58 |
| 10 |     A   No. | 09:04:00 |
| 11 |     Q   And even though we're not in court, do you | 09:04:02 |
| 12 | understand that your testimony is under the same oath | 09:04:04 |
| 13 | that you would take in a courtroom in front of a judge | 09:04:07 |
| 14 | and so it carries with it the same penalty of perjury | 09:04:09 |
| 15 | that would be applicable in that circumstance? | 09:04:12 |
| 16 |     A   Yes. | 09:04:14 |
| 17 |     Q   If today you cannot hear or understand a | 09:04:16 |
| 18 | question, please let me know so that I can rephrase it or | 09:04:19 |
| 19 | repeat it.  It's important that you understand and hear | 09:04:21 |
| 20 | all of my questions.  Do you understand? | 09:04:25 |
| 21 |     A   Yes. | 09:04:28 |
| 22 |     Q   I am entitled to your best estimates and your | 09:04:30 |
| 23 | best recollections, but you should not guess or | 09:04:33 |
| 24 | speculate.  Do you feel like you know the difference | 09:04:35 |
| 25 | between an estimate and a guess? | 09:04:38 |

```
 1                    REPORTER'S CERTIFICATION
 2
 3            I, the undersigned, a Certified Shorthand
 4    Reporter of the State of California, do hereby certify:
 5            That the foregoing proceedings were taken before
 6    me at the time and place herein set forth; that any
 7    witnesses in the foregoing proceedings, prior to
 8    testifying, were duly sworn; that a record of the
 9    proceedings was made by me using machine shorthand, which
10    was thereafter transcribed under my direction; that the
11    foregoing transcript is a true record of the testimony
12    given.
13            Further, that if the foregoing pertains to the
14    original transcript of a deposition in a federal case,
15    before completion of the proceedings, review of the
16    transcript was not requested.
17            I further certify I am neither financially
18    interested in the action nor a relative or employee of any
19    attorney or party to this action.
20            IN WITNESS WHEREOF, I have this date subscribed
21    my name.
22    Dated:  November 8, 2022    _____
                                   Marcena M. Munguia, CSR No. 10420
23                                 Certified Shorthand Reporter
                                   For The State Of California
24
25
```