DL 631

1L01NN28679174

VAUSC6099

\*\*\*MESSAGE KEY QW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE INTERSTATE EXTRADITION FROM THE INQUIRING AGENCY'S LOCATION. ALL OTHER NCIC PERSONS FILES ARE SEARCHED WITHOUT LIMITATIONS.

MKE/WANTED PERSON

ADO/N

EXL/1 - FULL EXTRADITION

ORI/TX0490000 NAM/FARBER,BETHANY KALEY

OFF/DAMAGE PROPERTY

DOW/20201120 OCA/CR20-00605

VLD/20210208

MIS/GRAND JURY INDICTMENT CRIMINAL MISCHIEF $2,500 UNDER $30,000

DNA/N

ORI IS COOKE COUNTY SHERIFF'S OFFICE GAINESVILLE 940 665-3471

NIC/W972423282 DTE/20201124 1435 EST DLU/20210208 2128 EST

IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

EXHIBIT 5 - P. 23

FARBER-CITY 000016