```
IJ
CA0194233
***MESSAGE KEY QW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE INTERSTATE
EXTRADITION FROM THE INQUIRING AGENCY'S LOCATION. ALL OTHER NCIC PERSONS
FILES ARE SEARCHED WITHOUT LIMITATIONS.
MKE/WANTED PERSON
ADO/N
EXL/1 - FULL EXTRADITION
ORI/TX0490000 NAM/FARBER,BETHANY KALEY

OFF/DAMAGE PROPERTY
DOW/20201120 OCA/CR20-00605
VLD/20210208
MIS/GRAND JURY INDICTMENT CRIMINAL MISCHIEF $2,500 UNDER $30,000
DNA/N
ORI IS COOKE COUNTY SHERIFF'S OFFICE GAINESVILLE 940 665-3471
NIC/W972423282 DTE/20201124 1435 EST DLU/20210208 2128 EST
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

OUTPUT MSG 229,      FROM      DD44YYYY04/16/2021 09:42
```

**EXHIBIT 7 - P. 25**

FARBER-CITY 000037