# Gainesville Police Department
## Call Details

**Police Number:** 2000020658

**Date:** 09/29/2020 02:51:46   **Priority:** 1   **Call Type:** DISTURBANCE
**Address:** HAMPTON INN-4325-N INTERSTATE 35         **City:** Gainesville
**Cross Street:** GRAND AVE          **Cross Street:** LIBERTY WAY

| Intersection: | **District:** A | **Rpt:** 76-95 | **Sector:** | **Key Map:** 76-95 | **Fire Box:** |

**Caller Name:** BETHANY         **Caller Phone:** (940) 612-4300         **Caller Addr:**
**Call Source:** Actual 911 emergency call

## Reports
Police   2000020658

## Units

| Unit | Officer Name | Vehicle | Dispatched | Enroute | Arrived | Cleared | Call Disposition(s) | Time |
|---|---|---|---|---|---|---|---|---|
| 331* | GREER, SHANE | MDC-PD-02 | 02:53:48 | | 02:54:31 | 03:51:54 | NO REPORT REQUIRED | 00:58:06 |
| 335 | STRICKLAND, JAKE | MDC-PD-08 | 02:53:48 | | 02:56:46 | 03:44:25 | NO REPORT REQUIRED | 00:00:00 |

## Person
There are no person records associated with this call.

## Vehicle

| License: | State: AZ | Lic: | Year: | Exp: | Plate: | Color: | Type: | Status: |
|---|---|---|---|---|---|---|---|---|
| Make/Model: | | | | | Body Style: | | | |
| VIN: | | | Value: | | | | | |
| Description: | | | | | | | | |

| License: | State: CA | Lic: PC | Year: 2020 | Exp: | Plate: | Color: | Type: | Status: |
|---|---|---|---|---|---|---|---|---|
| Make/Model: | | | | | Body Style: | | | |
| VIN: | | | Value: | | | | | |
| Description: | | | | | | | | |

| License: | State: IA | Lic: | Year: | Exp: | Plate: | Color: | Type: | Status: |
|---|---|---|---|---|---|---|---|---|
| Make/Model: | | | | | Body Style: | | | |
| VIN: | | | Value: | | | | | |
| Description: | | | | | | | | |

FARBER-CITY 000043   **EXHIBIT 13 - P. 35**

| License: | State: ID | Lic: | Year: | Exp: | Plate: | Color: | Type: | Status: |
|---|---|---|---|---|---|---|---|---|
| Make/Model: | | | | | Body Style: | | | |
| VIN: | | | Value: | | | | | |
| Description: | | | | | | | | |

Remarks

------------------------------------------------------------
---------------
09/29/2020 02:51:51 : BATTE, ALLYSON
GAINESVILLE PD
GAINESVILLE FD

abatte: BETHANY FARBER IS IN THE LOBBY. STATES SOMETHING HAS HAPPENED TO HER [02:53:41]

abatte:
DR.CAOLN0000
01:00 09/29/2020 81100
01:00 09/29/2020 71094 TX04901X1
TXT
NAME/FARBERBETHANY KALEY
ADDR/

RSTR:NONE

STATUS:VALID
RBM 2* [03:00:34]

```
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ AZ [03:05:09]

▓▓▓▓▓▓▓▓▓▓▓▓:
RR.AZ007C100
01:05 09/29/2020 34484
01:05 09/29/2020 72291 TX04901X1
TXT
*** REGISTRATION DETAILS ***
REGISTRATION ID: ▓▓▓▓▓▓▓▓
VEHICLE REGISTRATION EXPIRATION DATE: 2019-01-15
REGISTRATION JURISDICTION CODE (LIS): AZ
REGISTERED TO: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
RESIDENCE ADDRESS: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Phoenix,AZ 85042-6964
DATE OF BIRTH: ▓▓▓▓▓▓▓▓
GENDER: Male
VEHICLE REGISTRATION PLATE ID: ▓▓▓▓▓▓▓
VEHICLE REGISTRATION PLATE TYPE: Standard
*** VEHICLE DETAILS ***
VEHICLE ID: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
VEHICLE MAKE CODE: CHEV
VEHICLE MAKE TEXT: Chevrolet
VEHICLE MODEL CODE: Silverado
VEHICLE MODEL YEAR: 2006
VEHICLE STYLE CODE: Truck
VEHICLE DOOR QUANTITY: 4
VEHICLE CMV INDICATOR: false

*** TITLE DETAILS ***
TITLE ID: ▓▓▓▓▓▓▓▓▓▓
TITLE ISSUE DATE: 2017-12-19
TITLE STATUS: Active
VEHICLE LEASE INDICATOR:
*** INSURANCE DETAILS ***
```

INSURANCE CARRIER: HARTFORD CASUALTY INSURANCE COMPANY

MRI: 34020415 IN: NLET 37372 AT 29SEP2020 03:05:01
OUT: GVX1 170 AT 29SEP2020 03:05:01[03:05:38]

▓▓▓▓▓▓▓▓▓▓: 335 OUT AT HITCHIN POST IN REF TO THIS CALL WITH ▓▓▓▓▓▓ AZ [03:06:23]

▓▓▓▓▓▓▓▓▓▓: 335 28 ▓▓▓▓▓▓ AZ UNRELATED TO CALL [03:06:45]

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ CA 2020 [03:19:12]

▓▓▓▓▓▓▓▓▓▓

RR.CALIC0000
01:19 09/29/2020 79266
01:19 09/29/2020 75804 TX04901X1
TXT
DATE: 09/29/20 TIME: 01:19
INSURANCE INFORMATION UNKNOWN
REG VALID FROM: 08/08/19 TO 08/08/20
LIC#:▓▓▓▓▓▓ YRMD:12 MAKE:HOND BTM :4D VIN
▓▓▓▓▓▓▓▓▓▓▓▓
R/O :FARBER BETHANY, 4450 EL CENTRO RD APT 232
CITY:SACRAMENTO
C.C.:34 ZIP#:95834
SOLD:00/00/12 RCID:09/09/19 OCID:05/09/19 LOCD:9

05/09/19 PREV LIC S048354


08/01/2018-ODOMETER: 72,400 MILES ACTUAL MILEAGE

FEDERAL, STATE OR LOCAL LAW ENFORCEMENT AGENCIES SHALL NOT USE ANY
NON-CRIMINAL HISTORY INFORMATION CONTAINED WITHIN THIS DATABASE FOR
IMMIGRATIONENFORCEMENT PURPOSES. THIS RESTRICTION DOES NOT PERTAIN
TO ANY INFORMATION THAT IS REGARDING A PERSON'S IMMIGRATION OR
CITIZENSHIP STATUS PURSUANT TO 8 U.S.C 1373 AND 1644
END


MRI: 34038413 IN: NLET 40885 AT 29SEP2020 03:19:03
OUT: GVX1 180 AT 29SEP2020 03:19:03 [03:19:53]

███████████████: 331 76 NTMC [03:22:34]

███████████████: ███████ IA [03:23:42]

███████████████: ███████ ID [03:23:57]

███████████████
RR.IALIC0000
01:23 09/29/2020 26740
01:23 09/29/2020 76901 TX04901X1
TXT
LIC/IIU138 .LIT/STANDARD LIT/TK
***PRIVATE***
OWNER(S)/███████████████ DOB/███████ SOC-OLN/███████
███████████████
███████████████

```
WHI 1997 DODG DODGE R35 RAM 3500 PK
VIN/ ███████████████ TRUCK 5T USE/REGULAR
VAL CO/CALHOUN NO/███████████ EXP/02-2021
REGISTRATION DATE/2020-04-15 PREV PLATE/
TITLE DATE/2019-08-02 NO/████████ PREV TITLE CO/ NO/

MRI: ████████ IN: NLET ███████ AT 29SEP2020 03:23:34
OUT: GVX1 183 AT 29SEP2020 03:23:34 [03:24:42]

█████████████: 335 OUT AT CRACKER BARREL WITH ████████ IOWA
[03:25:07]

█████████████ 335 OUT AT NTMC [03:30:39]

331: NO SIGNS OF ASSAULT AT HOSPITAL. TOLD MEDICAL STAFF SHE
WAS NOT SEXUALLY ASSAULTED. SUBJECT IS A MENTAL HEALTH
CONSUMER. ███████████████████████████████ EMPLOYEE AT
HAMPTON INN HAS BEEN ALLOWING FEMALE TO COME IN AND USE
RESTROOM EVEN KNOW TRESPASS HAS BEEN ISSUED FOR LOCATION.
[03:51:44]
```

# Gainesville Police Department
## Narrative

Date of report: 2020-09-29

Case Number: 2000020705

Incident Number : 2000020705

Suspect:
Bethany Kaley Farber,

Offense:
Criminal Mischief >$2500.00 <$30,000.00 (Filed at Large)
TPC 28.03 (B) (4) (A)
State Jail Felony

On Tuesday, September 29, 2020, at approximately 1540 hours, I Officer Patterson #322, responded to Glenn Polk Ford, located at 4320 North Interstate 35, Gainesville, Cooke County, Texas in reference to a criminal mischief.

Upon arrival, contact was made with the reporting party identified as ▓▓▓▓▓▓▓▓▓▓ W/M, ▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. ▓▓▓ stated he is the sales manager for Glenn Polk. ▓▓▓ said one of his inventory vehicles had been vandalized by an unknown suspect/s. ▓▓▓ said the incident occurred at above listed location on Sunday, September 27, 2020 beginning 1400 hours. ▓▓▓ said the suspect later identified as Bethany Kaley Farber, ▓▓▓▓▓▓▓▓▓▓▓ damaged a Ford Ranger XLT. ▓▓▓ advised an unidentified employee noticed the truck doors open on Sunday at approximately 1930 hours. ▓▓▓ said Farber fled but later returned. ▓▓▓ advised the employee had locked the door with Farber's belongings inside the vehicle. ▓▓▓ stated Farber returned and used a "crow bar" striking the vehicle.

▓▓▓ said he discovered the damage on report date and after reviewing security video obtained images of the suspect. ▓▓▓ sent the digital images to my work email and later placed them into an evidence folder on the shared drive. ▓▓▓ advised the remaining video would provide at a later time after he has assistance downloading the images.

I observed a Gray Ford Ranger XLT, no registration number, vehicle identification (VIN) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. The passenger rear door had a large circular dent on the frame near the door handle. I observed a small scratch approximately a half inch long on the bottom of the same door. Inside the vehicle, the rear seat belt had been cut in half. I observed a large amount of trash consisting of rocks, tire pieces, and cans. I also observed a woman's purse.

---

Officer: PATTERSON, JUSTIN

Approving Supervisor: JONES, CHRIS

Page 1

# Gainesville Police Department
## Narrative

Date of report: 2020-09-29

Case Number: 2000020705

I did not locate any identifying information in the vehicle. ▇▇▇ valued the damage at over $2500.00.

▇▇▇ advised me he wanted to pursue charges. I provided ▇▇▇ with a crime victim's pamphlet and witness statement. I requested ▇▇▇ provide an estimate for the damage and he said she would. I took digital images of the vehicle and damage and I collected the purse.

I returned to the Gainesville Police Department and I spoke with Officer Greer #331 and Officer Strickland #335. I showed the images ▇▇▇ provided of the suspect and both agreed that the suspect was Farber. Farber is a mental health consumer and has recently been in the area of Glenn Polk. See OCA 2000020658 for further details. I completed a property form and placed it and the purse into a secured evidence locker.

No further information J. Patterson #322

---

Officer: PATTERSON, JUSTIN

Approving Supervisor: JONES, CHRIS

Page 2

FARBER-CITY 000051 **EXHIBIT 13 - P. 42**

# Gainesville Police Department
## Supplement

Date of report: 2020-09-29

Case Number: 2000020705-1

Incident Number: 2000020705

Supplemented by: JONES, RANDY

Date of Supplement: 10/16/2020 14:23

On Wednesday, September 30, 2020, I, Investigator Randy Jones Jr. #28, received and reviewed the case file.

**Suspect Identity**

To confirm the female suspect's identity, I first reviewed the two digital images (GPOLK SUSPECT 1 and GPOLK SUSPECT 2) provided by Officer Patterson. A Calls for Service search showed officers made contact with Bethany Kaley Farber at the Hampton Inn on Tuesday, September 29, 2020 reference 2000020658. It should be noted this is one day after the incident at Glenn Polk.

While reviewing Officer Greer and Officer Strickland's body camera video, I confirmed Farber's identity due to her wearing the same white/blue pants in the following Glenn Polk CCTV videos. After reviewing, I placed the body camera videos with the case file.

**Glenn Polk Surveillance Video Review**

On Friday, October 16, 2020, I proceeded to Glenn Polk and made contact with ▆▆▆▆▆. I asked ▆▆▆ if he could provide CCTV video of the incident. ▆▆▆ stated they will need to contact their security company to compile the complete incident due to the amount of time Farber was at the dealership. I asked ▆▆▆ if it would be possible for me to review the video and he said yes.

After arriving to the room containing the CCTV system, I observed the system to be an ALIBI Security NVR (Network Video Recorder). Upon starting the video, I observed Farber to arrive at the Ford Ranger at approximately 1345 hours on Sunday, September 27, 2020. Farber is going in and out of the vehicle throughout the night. At approximately 0442 hours the following morning, Farber is seen returning to the vehicle. She enters the bed of the pickup and removes a tire jack. After exiting the bed of the pickup, she throws the tire jack at pickup striking the passenger side.

While watching the video, ▆▆▆ stated they had located an additional vehicle Farber damaged. ▆▆▆ stated Farber went from the Ford Ranger to a blue, 2020 Jeep Gladiator, ▆▆▆▆▆▆▆▆▆▆, which was parked in front of the pre-owned sales building. While reviewing the CCTV video, I observed Farber enter the Jeep and remove the two top panels. At approximately 2334 hours, Farber can be seen trying to put the two panels back on the vehicle. After multiple attempts, Farber throws the panels onto the concrete. ▆▆▆ stated Farber is eventually able to get the panels back on. ▆▆▆ said Farber remained in the vehicle for several hours until the cleaning crew arrived.

Officer: JONES, RANDY

Approving Supervisor: JONES, RANDY

Page 1

# Gainesville Police Department
## Supplement

Date of report: 2020-09-29

Case Number: 2000020705-1

Due to being unable to obtain the full video from the NVR player, I recorded two short videos of Farber causing damage to both the Ford Ranger and Jeep Gladiator. These videos were downloaded and placed with the case file. I advised ▓▓▓ to contact me once the complete video are available. ▓▓▓ further stated he would provide the two damage estimates to me via email.

After returning to the Gainesville Police Department, I received the two damage estimates and placed them with the case file. I observed the total cost to repair the Ford Ranger to be $2,204.18. I observed the total cost to repair the Jeep Gladiator to be $799.07. The total damage done to both vehicles is $3003.25.

A restitution form was completed and placed with the case file.

### Criminal Mischief – Elements of the Offense

After reviewing all of the aforementioned information, I determined Farber did then and there intentionally and knowingly damage or destroy tangible property, namely causing damage to the exterior and interior of a 2020 Ford Ranger and 2020 Jeep Gladiator, by cutting the rear seatbelts and throwing a tire jack at the Ford Ranger exterior and throwing the top panel of the Jeep Gladiator onto the ground, without the effective consent of Glenn Polk Ford, the owner of the property, and did thereby cause pecuniary loss of $2,500 or more but less than $30,000 to the owner.

### Criminal History and Case Preparation

A review of Farber's criminal history displayed no prior convictions.

On Thursday, October 22, 2020, I prepared this case for filing by creating an online AVaiLWeb case file. This file contains the digital photographs and in-car/body camera videos of all officers involved.

End of report. Investigator Randy Jones Jr. #28

# Gainesville Police Department
201 Santa Fe Street, Gainesville, TX 76240

**ORI:** TX0490100　　　　**Incident No:** 2000020705　　　　**Date:** 04/22/2021

## Incident

| | | |
|---|---|---|
| **CAD NO.** 2000027975 | **Other No.** N/A | **Date Occured:** 2020-09-27 14:00 |
| **Incident Type:** Criminal | **Incident Status:** Open | **Report Type:** Criminal Mischief/Vandalism |
| **Report By:** PATTERSON, JUSTIN (#) | **Report Date:** 09/29/2020 | |
| **Approved By:** JONES, CHRIS (#) | **Approved Date:** 09/29/2020 | |
| **Audited by:** MCCLINTON, BELVA (#) | **Audited Date:** 10/01/2020 | |
| **Clear Date:** | **Exc Clear:** | **Family Violence:** No |
| **Investigator:** JONES, RANDY (#) | **Inv Status:** Filed/DA | |

**Description:**
CRIMINAL MISCHIEF >=$2,500<$30K

## Incident OFFENSE Report

**Offense No:** 1　　　　　　　　　　　　　　　　　　　　**Offense Recording Date:** 09/29/2020

| | | | |
|---|---|---|---|
| **Offense Begin Date:** 09/27/2020 | **Offense End Date:** 09/29/2020 | **Entry Method:** | **Attempt/Complete:** Completed |
| **Drug Seized:** No | **Gang Related:** No | **Hi-Speed Pursuit:** No | **Weapons Used:** N/A |
| **Offense Code:** 28.03(b)(4)(A) | **Offense:** CRIMINAL MISCHIEF >=$2,500<$30K | | **No. of Premises:** |
| **Bias Motivation:** None | **Agg Asslt/Homic. Circumst.:** | | **Supplement:** |

**Offense Address:**
4320 N IH 35, Gainesville TX 76240

**Remarks:**

### Suspect(s)

| **Name:** | **DOB:** | **Race:** | **Sex:** | **DL:** | **SSN:** |
|---|---|---|---|---|---|
| Farber, Bethany Kaley | | | | | |

**Residence:**

### Victim(s) (Organizations)
**Name:**

FARBER-CITY 000056　　**EXHIBIT 13 - P. 45**

## Gainesville Police Department
*201 Santa Fe Street, Gainesville, TX 76240*

Glenn Polk Autoplex
  **Last Known** ████████, Gainesville TX 76240
  **Work Phone:** (940) 668-8770

### Incident INVOLVED PERSONS/ORGANIZATIONS Report

| Name: | DOB: | Race: | Sex: | DL: | SSN: |
|---|---|---|---|---|---|
| ████████ | ████████ | Native American/Alaskan Native | Male | ████████ | ████████ |

  **Role(s):** Reportee
  **Residence:** ████████
  **Cell Phone:** ████████
  **EMail:** ████████

Farber, Bethany Kaley
  **Role(s):** Suspect
  **Residence:** ████████

Glenn Polk Autoplex            01/01/1900
  **Role(s):** Victim
  **Last Known** ████████ Gainesville TX 76240
  **Work Phone:** (████████

### Other Involved Organization(s)

| Name: | Phone: | Address: |
|---|---|---|
| Glenn Polk Autoplex | **Work Phone:** | **Last Known** ████████ Gainesville TX 76240 |

### Incident PROPERTY Report

  **Item Name:** FORD RANGER
  **Recorded:** 09/29/2020                **Status:** Destroyed/Damaged/Vandalized
  **Jurisdiction:** Yes                   **Item Type:** Automobiles
  **Make/Brand:** FORD RANGER             **Model:** XLT
  **Size/Year:** 2020                     **Color:** Gray
  **Serial No/VIN:** ████████             **Structure:**
  **Pieces/Quantity:** 1                  **Units:**
  **Total Value:** $2,500.00              **Supplement:** Primary
  **Involved:** ████████ (Reportee)
  **Description:** DAMAGED THE RIGHT REAR PASSENGER DOOR FRAME AND PAINT, DAMAGED REAR SEAT BELT. ESTIMATED THE DAMAGE OVER 2500.00

# Gainesville Police Department
201 Santa Fe Street, Gainesville, TX 76240

| | |
|---|---|
| **Item Name:** Purse | |
| **Recorded:** 09/29/2020 | **Status:** Evidence |
| **Jurisdiction:** | **Item Type:** Purses/Handbags/Wallets |
| **Make/Brand:** | **Model:** |
| **Size/Year:** | **Color:** Yellow |
| **Serial No/VIN:** | **Structure:** |
| **Pieces/Quantity:** 1 | **Units:** |
| **Total Value:** | **Supplement:** Primary |
| **Involved:** ▓▓▓▓▓▓▓▓▓▓ (Reportee) Farber, Bethany Kaley (Suspect) | |
| **Description:** Womens purse | |

## Incident VEHICLE Report

| **State:** TX | **License:** | **Year:** 2020 | **Make:** FORD RANGER | **Model:** XLT | **Body Style:** Sedan 4D |
|---|---|---|---|---|---|
| **Primary Color:** Gray | | **Secondary Color:** | | **VIN#:** ▓▓▓▓▓▓▓▓▓▓ | |
| **Wrecker Co.:** | | | **Wrecker Called:** | | **Wrecker Arrived:** |

**Master File Remarks:**
DAMAGED THE RIGHT REAR PASSENGER DOOR FRAME AND PAINT, DAMAGED REAR SEAT BELT. ESTIMATED THE DAMAGE OVER 2500.00
DAMAGED VEHICLE

**Report Remarks:**
DAMAGED VEHICLE

| **State:** TX | **License:** | **Year:** 2020 | **Make:** Jeep | **Model:** Gladiator | **Body Style:** SUV/MPV |
|---|---|---|---|---|---|
| **Primary Color:** Blue | | **Secondary Color:** | | **VIN#:** ▓▓▓▓▓▓▓▓▓▓ | |
| **Wrecker Co.:** | | | **Wrecker Called:** | | **Wrecker Arrived:** |

**Report Remarks:**

| **State:** TX | **License:** | **Year:** 2016 | **Make:** Dodge | **Model:** F-250 | **Body Style:** Truck - Pickup |
|---|---|---|---|---|---|
| **Primary Color:** Black | | **Secondary Color:** | | **VIN#:** ▓▓▓▓▓▓▓▓▓▓ | |
| **Wrecker Co.:** | | | **Wrecker Called:** | | **Wrecker Arrived:** |

**Report Remarks:**

**Gainesville Police Department**
201 Santa Fe Street, Gainesville, TX 76240





