RECEASE

THE STATE OF TEXAS

6163275
BA4949O2

**JOHN WARREN**

Assistant District Attorneys
Eric Erlandson
Olivia L. Neu

**District Attorney**
235th Judicial District
Cooke County Courthouse
Gainesville, Texas 76240
Phone: 940.668.5466
Fax: 940.668.5499

Investigator
Aaron Carney

## FAX MESSAGE

TO:        Los Angeles County Sheriff's Department

FAX:       213-217-4973

RE:        Bethany Farber

DATE:      April 27, 2021

PAGES:     2 (including this cover page)

DOCUMENT:

Attached please find the Order for dismissal of CR20-00605 regarding Bethany Farber.

*The information contained in this facsimile message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service.*

6163278

Filed: 4/27/2021 2:08 PM
Marci A. Gilbert
District Clerk
Cooke County, Texas
Cody Shires

**CASE NO. CR20-00605**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 235TH JUDICIAL |
| | § | |
| V. | § | DISTRICT COURT |
| | § | |
| BETHANY KALEY FARBER | § | COOKE COUNTY, TEXAS |

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Assistant District Attorney for the 235th Judicial District Court of Cooke County, Texas, and respectfully requests that the Honorable Court dismiss the above captioned cause for the following reasons:

**After further investigation, it has been determined that the individual originally identified is the incorrect Bethany Farber. Bethany Kaley Farber (DOB: 8/22/1991) is not connected to this offense and it is in the interest of justice that this case be dismissed.**

THEREFORE, it is prayed that the above entitled and numbered cause be dismissed.

Filed this 27th day of April, 2021.

Respectfully submitted,

*Olivia L. Neu*

Olivia L. Neu
Assistant District Attorney

## ORDER

On this date came to be considered the State's Motion to Dismiss, and having been considered, it is therefore ORDERED, ADJUDGED AND DECREED that said above entitled and numbered cause be and the same is hereby **DISMISSED**.

Signed on      4/27/2021     .

*Janell M. Haverkamp*

JUDGE PRESIDING

Filed: 4/27/2021 2:37 PM
Marci A. Gilbert
District Clerk
Cooke County, Texas
Cody Shires

MOTION TO DISMISS WITH ORDER

Solo Page

**EXHIBIT 17 - P. 64**