O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| BETHANY FARBER, | Case No. 2:22-cv-01173-ODW (KSx) |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| CITY OF LOS ANGELES, | |
| Defendant. | |

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1.   Defendant shall have **JUDGMENT** in its favor;

2.   Plaintiff shall receive nothing by way of her Complaint;

3.   All dates and deadlines are **VACATED**; and

4.   The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

May 24, 2023

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**