**FILED**

MAY 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BETHANY FARBER,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>CITY OF LOS ANGELES, a municipal entity; DOES, 1 through 100, inclusive,<br><br>        Defendants-Appellees. | No.   23-55541<br><br>D.C. No.<br>2:22-cv-01173-ODW-KS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The Court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and that oral argument would not significantly aid the decisional process. Therefore, this matter is ordered submitted on the briefs and record without oral argument on June 12, 2024, in Pasadena, California.  Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT